UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No.  2:19-cv-0124 CKD P<br><br><br><br>ORDER |

  Plaintiff, a state prisoner proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action.  Pursuant to that obligation, the California Department of Corrections and Rehabilitation (CDCR) is required to send to the Clerk of the Court monthly payments from plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  The amount which must be sent is twenty percent of the preceding month's income credited to plaintiff's trust account. 28 U.S.C. § 1915(b)(2).

  Plaintiff seeks relief from that order.  However, plaintiff fails to point to any legal authority suggesting that the court could grant such request.[1]  Further, plaintiff fails to allege or point to any evidence suggesting that CDCR has deducted money from plaintiff's trust account

---

[1] The court is not aware of any such legal authority.

1

for satisfaction of the filing fee in this case at any point when plaintiff had less than $10.00 in his trust account or otherwise violated the court's collection order.

Accordingly, IT IS HEREBY ORDERED that plaintiff's "Motion for Relief From Partial Filing Fee . . ." (ECF No. 19) is denied.

Dated:  May 12, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
fear0124.ff