1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     FRANK LEE DEARWESTER,                    No.  2:19-cv-0124 KJM CKD P

12                   Plaintiff,

13          v.                                  ORDER AND

14     UNITED STATES OF AMERICA, et al.,        FINDINGS AND RECOMMENDATIONS

15                   Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a claim for

18    injunctive relief under the Freedom of Information Act (FOIA), 5 U.S.C. § 552.  On August 26,

19    2020, the court recommended that this action be dismissed for plaintiff's failure to file an

20    opposition to defendants' motion to revoke plaintiff's in forma pauperis status.  On September 4,

21    2020, plaintiff filed a document the court construes as plaintiff's opposition.  Accordingly, the

22    court's August 26, 2020 findings and recommendations will be vacated and the court will address

23    defendants' motion.

24          Title 28 U.S.C. § 1915(g) reads as follows:

25               In no event shall a prisoner bring a civil action . . . [in forma pauperis]
                 if the prisoner has, on 3 or more prior occasions, while incarcerated
26               or detained in any facility, brought an action or appeal in a court of
                 the United States that was dismissed on the grounds that it is
27               frivolous, malicious, or fails to state a claim upon which relief may
                 be granted, unless the prisoner is under imminent danger of serious
28               physical injury.

                                              1

1    On May 28, 2015, in <u>Dearwester v. CDCR</u>, 1:15-cv-0694 MJS, the court found that

2  plaintiff has "struck out" under 28 U.S.C. § 1915(g).  Judgement was final in that case well before

3  this case was filed and plaintiff does not challenge the finding that he has "struck out."   As noted

4  above, plaintiff brought this action seeking documents under FOIA.  The claims do not concern

5  physical injury.

6    Accordingly, IT IS HEREBY ORDERED that the court's August 26, 2020 findings and

7  recommendations are vacated.

8    IT IS HEREBY RECOMMENDED that:

9    1.  Defendants' motion to revoke plaintiff's in forma pauperis status (ECF No. 21) be

10  granted;

11    2.  Plaintiff's in forma pauperis status be revoked; and

12    3.  Plaintiff be ordered to pay the $402 filing fee for this action.

13    These findings and recommendations are submitted to the United States District Judge

14  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

15  after being served with these findings and recommendations, any party may file written

16  objections with the court and serve a copy on all parties.  Such a document should be captioned

17  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

18  objections shall be served and filed within fourteen days after service of the objections.  The

19  parties are advised that failure to file objections within the specified time may waive the right to

20  appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

21  Dated:  December 18, 2020

22
                                 _____
                                 CAROLYN K. DELANEY
23                               UNITED STATES MAGISTRATE JUDGE

24

25

26  1
    dear0124.3ks
27

28

2