UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>            Defendants. | No.  2:19-cv-0124 KJM CKD P<br><br><br>ORDER |

   Plaintiff is a state prisoner proceeding pro se.  He has filed a motion asking that the federal court filing fees due in this action be converted to jail time under a provision of California law, inapplicable to this case. The motion (ECF No. 33) will be therefore be denied.

Dated:  April 22, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
dear0124.frv

1